Seth M. Lehrman (SBN 178303)
seth@epllc.com
EDWARDS POTTINGER LLC
425 North Andrews Avenue, Suite 2, Fort Lauderdale, FL 33301
Telephone: 954-524-2820

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYOO DENTAL, INC. d/b/a RYOO DENTAL, individually and on behalf of all others similarly situated<br><br>Plaintiff(s)<br>v.<br><br>I V SUPPORT SYSTEMS, INC. d/b/a SIELLA MEDICAL, GEORGE R. DAVIS, and TODD KERHLI,<br><br>Defendant(s). | CASE NUMBER:<br><br>8:18-cv-00443-JLS-JDE<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

**CHECK ONLY ONE BOX:**

[✓]  The parties stipulate that  JoBeth Halper  may serve as the Panel Mediator in the above-captioned case.  Iris Zambrano, (Plaintiff's Paralegal)  has contacted
(Print Name)
the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3) hours.  All parties and the Panel Mediator have agreed that the mediation will be held on  to be determined  and counsel will submit mediation statements seven (7) calendar days
(Date)
before the session.

[ ]  The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: 7/11/2018        /s/ Seth M. Lehrman
                Attorney For Plaintiff   Seth M. Lehrman

Dated: _____        _____
                Attorney For Plaintiff

Dated: 7/11/2018        /s/ Keith J. Hollis
                Attorney For Defendant   Keith J. Hollis

Dated: _____        _____
                Attorney For Defendant

Attorney for Plaintiff to electronically file original document.

ADR-02 (08/16)        **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**