# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| RYOO DENTAL, INC. d/b/a RYOO DENTAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>I V SUPPORT SYSTEMS, INC. d/b/a SIELLA MEDICAL, et al.,<br><br>Defendants. | CASE NO. 8:18−cv−00443−JLS−JDE<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL**<br><br>**Complaint filed: March 20, 2018**<br><br>**Hon. Josephine L. Staton** |

1 | The Court, having considered the Joint Stipulation for Dismissal (the "Stipulation") and good cause appearing thereof, ORDERS AS FOLLOWS:

1. The Stipulation is GRANTED.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-entitled action is hereby dismissed with prejudice as to Plaintiff Ryoo Dental, Inc. d/b/a Ryoo Dental ("Plaintiff"), in its individual capacity against I V Support Systems, Inc. d//b/a Siella Medical, George R. Davis, and Todd Kehrli ("Defendants").

3. The above-entitled action is hereby dismissed without prejudice as to all Class claims alleged against Defendants.

4. Each party shall bear their own attorney's fees, costs and expenses.

5. The Court will retain jurisdiction to enforce an agreement between the Parties.

**IT SO ORDERED**

Dated: March 15, 2019

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE